# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROSE LORONTA LAWRENCE, as
Representative of the Estate of Winfred
Javaar Lawrence                                                    PLAINTIFF

v.                          No. 5:17-cv-296-DPM

STATE OF ARKANSAS; WENDY
KELLEY, in her Individual and Official
Capacities; ARKANSAS DEPARTMENT
OF CORRECTIONS; CORRECT CARE
SOLUTIONS LLC; AND DOES 1–10
ADC Staff; 1–10 Nurse Does; 1–10
Doctor Does, in their Individual and
Official Capacities                                                 DEFENDANTS

## ORDER

Motion, № 2, granted for good cause. Lawrence's service deadline is extended to 12 April 2018.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 February 2018