IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROSE LORONTA LAWRENCE, as
Representative of the Estate of Winfred
Javaar Lawrence                                          PLAINTIFF

v.                     No. 5:17-cv-296-DPM

STATE OF ARKANSAS; WENDY
KELLEY, in her Individual and Official
Capacities; ARKANSAS DEPARTMENT
OF CORRECTION; CORRECT CARE
SOLUTIONS LLC; and DOES 1–10
ADC Staff; 1–10 Nurse Does; 1–10
Doctor Does, in their Individual and
Official Capacities                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2018